# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS R. MONTGOMERY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-13-70-M |
| DAVID C. JACOBS, | ) |
| Defendant. | ) |

## ORDER

On November 26, 2013, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this case brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended dismissal of this action without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by December 10, 2013. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 22] issued by the Magistrate Judge on November 26, 2013, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 17th day of December, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE